IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEIDA HUKMAN | : | CIVIL ACTION |
| v. | : | No. 19-5809 |
| COMMUNICATION WORKERS OF AMERICA | : | |

### ORDER

AND NOW, this 10th day of February, 2020, the Court having found the above-captioned case barred by res judicata, and for the reasons stated in the accompanying Memorandum, it is ORDERED the above-captioned case is DISMISSED with prejudice. Pro se Plaintiff Sheida Hukman is further advised that, if she continues to file actions relating to Defendant Communication Workers of America's conduct in relation to her firing from American Airlines, Inc., the Court will enjoin her from filing additional complaints without the Court's approval.[1]

It is further ORDERED Hukman's "Motion for Leave to Get Permission to File Electronically" (Document 3) is DENIED as moot.

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] In the event a filing injunction becomes necessary, the Court will provide Hukman with prior notice and the opportunity to respond. *See, e.g.*, *Gagliardi v. McWilliams*, 834 F.2d 81, 83 (3d Cir. 1987).